Form B16B
6/90

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:
Nicole C. Cantrell

Debtor(s).

Case No. 24-11198

Judge: Jessica Price Smith

Chapter 7

Pay Advices from the Employer for Debtor(s) for a 60-Day Period Preceding the Commencement of the Case Required by Rule 1007(b) & (c), Fed.R.Bankr.P.

The following is true about the attached documents:

- [x] All pay stubs received in the 60 days immediately prior to filing this case have been attached.
- [ ] The Debtor has received no pay advices within the 60 days prior to filing this case and is not required to file any further documentation by Section 521.
- [ ] The Debtor has had a gap in employment within the 60 days prior to filing this case and the attached pay advices comply fully with the pay advice requirements of Section 521.
- [ ] The Debtor has not yet received pay advices for the income most recently earned and the attached pay advices comply fully with the pay advice requirements of Section 521.
- [ ] There are pay advices required to be filed pursuant to Section 521 that are not attached to this cover sheet. Said documents shall be filed within 45 days of the commencement of this case, or an extension will be filed requesting an additional 45 days.
- [ ] Other. ______________________________

Additional Explanation Regarding Pay Advices, if necessary:

______________________________

______________________________

______________________________

Submitted By:

/s/Steven Emery
Steven Emery(0074676)
Rauser & Associates
1468 West 9th Street
Suite 300
Cleveland, OH 44113

03/29/24
Date

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 034 |
|---|---|---|---|---|---|
| D7N | 941097 | 050002 | | 0000100100 | 1 |

# Earnings Statement

ADP

*RENTAL CONCEPTS INC*
*695 BOSTON MILLS ROAD*
*HUDSON, OH 44236*

Period Beginning: 02/19/2024
Period Ending: 03/03/2024
Pay Date: 03/08/2024

**NICOLE CANTRELL**
**5786 BROAD BOULEVARD**
**NORTH RIDGEVILLE OH 44039**

Filing Status: Head of household
Exemptions/Allowances:
Federal: Standard Withholding Table,$10 Extra Withholding

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.0000 | 80.00 | 1,520.00 | 2,128.00 |
| Overtime | 28.5000 | 3.98 | 113.43 | 113.43 |
| **Gross Pay** | | | **$1,633.43** | 2,241.43 |

| **Deductions** | **Statutory** | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -10.00 | 20.00 |
| | Social Security Tax | -101.27 | 138.97 |
| | Medicare Tax | -23.68 | 32.50 |
| | OH State Income Tax | -40.16 | 51.02 |
| | Hudson Income Tax | -32.67 | 44.83 |
| | **Net Pay** | **$1,425.65** | |
| | CHECKING 1 | -1,325.85 | |
| | SAVINGS 1 | -42.77 | |
| | SAVINGS 2 | -28.51 | |
| | SAVINGS 3 | -28.52 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $1,633.43

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 83.98 | |

**Important Notes**

COMPANY PH#:+1 216 525 3870

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**

Exemptions/Allowances:
OH: 3,$5 Additional Tax

© 2000 ADP, Inc.

RENTAL CONCEPTS INC
695 BOSTON MILLS ROAD
HUDSON, OH 44236

**Advice number:** **00000100100**
Pay date: 03/08/2024

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **NICOLE CANTRELL** | XXXXXXX | XXXX XXXX | $1,325.85 |
| | XXXXXX) | XXXX XXXX | $42.77 |
| | XXXXX) | XXXX XXXX | $28.51 |
| | XXXXX) | XXXX XXXX | $28.52 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 034 |
|---|---|---|---|---|---|
| D7N | 941097 | 050002 | | 0000080110 | 1 |

# Earnings Statement

*RENTAL CONCEPTS INC*
*695 BOSTON MILLS ROAD*
*HUDSON, OH 44236*

Period Beginning: 02/05/2024
Period Ending: 02/18/2024
Pay Date: 02/23/2024

Filing Status: Head of household
Exemptions/Allowances:
Federal: Standard Withholding Table,$10 Extra Withholding

**NICOLE CANTRELL**
**5786 BROAD BOULEVARD**
**NORTH RIDGEVILLE OH 44039**

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.0000 | 32.00 | 608.00 | 608.00 |
| **Gross Pay** | | | **$608.00** | 608.00 |

| **Deductions** | **Statutory** | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -10.00 | 10.00 |
| | Social Security Tax | -37.70 | 37.70 |
| | Medicare Tax | -8.82 | 8.82 |
| | OH State Income Tax | -10.86 | 10.86 |
| | Hudson Income Tax | -12.16 | 12.16 |
| | **Net Pay** | **$528.46** | |
| | CHECKING 1 | -491.47 | |
| | CHECKING 2 | -15.85 | |
| | CHECKING 3 | -10.57 | |
| | CHECKING 4 | -10.57 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $608.00

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 32.00 | |

## Important Notes

COMPANY PH#:+1 216 525 3870

BASIS OF PAY: HOURLY

## Additional Tax Withholding Information

Exemptions/Allowances:
OH: 3,$5 Additional Tax

©2003 ADP, Inc.

RENTAL CONCEPTS INC
695 BOSTON MILLS ROAD
HUDSON, OH 44236

**Advice number:** **00000080110**
Pay date: 02/23/2024

| **Deposited to the account of** | account number | transit ABA | amount |
|---|---|---|---|
| **NICOLE CANTRELL** | XXXXXXX | XXXX XXXX | $491.47 |
| | XXXXXXX | XXXX XXXX | $15.85 |
| | XXXXXXX | XXXX XXXX | $10.57 |
| | XXXXXXX | XXXX XXXX | $10.57 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**