**IT IS SO ORDERED**

**ENTERED UNDER AMENDED ADMINISTRATIVE ORDER NO. 11−02**
**JOSIAH C. SELL, CLERK OF BANKRUPTCY COURT**

**BY: /s/ Michael Gaughan**
**Deputy Clerk**

**Dated: April 9, 2024**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

**In re:**
Nicole C. Cantrell
5786 Broad Blvd.
North Ridgeville, OH 44039−2212

**Case Number:** 24−11198−jps

**Chapter:** 7

**ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS**

After considering the Application for Individuals to Pay the Filing Fee in Installments (Official Form B 103A), the court orders that:

☑ The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

☑ The debtor(s) must pay the filing fee according to the following terms:

| | | |
|---|---|---|
| $113.00 | on or before | April 26, 2024 |
| $113.00 | on or before | May 24, 2024 |
| $112.00 | on or before | June 21, 2024 |

**Total:** $338.00

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or anyone else for services in connection with this case. Installment payments must be submitted to the U.S. Bankruptcy Court, Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland OH, 44114−1235 no later than the payment deadline(s) of this order.

Payments must be submitted in the form of a money order or cashier's check payable to **Clerk, U.S. Bankruptcy Court.** Personal checks are not acceptable.

Cashier's check or money order may be submitted from 9:00 a.m. until 4:00 p.m. in the court's Intake Department.

**Form: ohnb 114 (06/21)**