Certificate Number: 05781-OHN-DE-038469651

Bankruptcy Case Number: 24-11198

05781-OHN-DE-038469651

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 12, 2024, at 9:36 o'clock PM PDT, Nicole Cantrell completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Ohio.

Date: May 12, 2024

By: /s/Allison M Geving

Name: Allison M Geving

Title: President