**IT IS SO ORDERED.**

**Dated: 16 July, 2024 11:51 AM**

Jessica E. Price Smith

**CHIEF JUDGE JESSICA E. PRICE SMITH**
**UNITED STATES BANKRUPTCY COURT**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In re:

| | | |
|---|---|---|
| Nicole C. Cantrell | ) | Case No. 24-11198 |
| | ) | |
| | ) | Chapter 7 |
| Debtor | ) | |
| | ) | Judge Jessica Price Smith |

**ORDER GRANTING MOTION OF DEBTOR FOR ENLARGEMENT OF TIME TO FILE REAFFIRMATION AGREEMENT WITH HYUNDAI CAPITAL AMERICA DBA KIA FINANCE AMERICA**

This matter is before the court upon Debtor's Motion for an enlargement of time in which to file a Reaffirmation Agreement with Hyundai Capital America dba Kia Finance America. Herein, Movant has demonstrated that good cause exists for granting the Motion. For these reasons, it is appropriate to grant the relief requested.

IT IS THEREFORE, ORDERED that the motion is granted. The debtor is granted an

enlargement of time in which to file the Reaffirmation Agreement until July 23, 2024.

###

Respectfully Submitted,
/s/Steven Emery
Steven Emery (0074676)
Rauser & Associates
Attorney for Debtor
1468 W. 9th St. #300
Cleveland, OH 44113
216-263-6200 Phone
216-263-6202 Fax
semery@ohiolegalclinic.com

## CERTIFICATE OF SERVICE

**Debtor:**
Nicole C. Cantrell
5786 Broad Blvd.
North Ridgeville, OH 44039-2212

**Trustee:**
David Simon at david@simonlpa.com