United States Bankruptcy Court
Northern District of Ohio

In re: Case No. 24-11198-jps
Nicole C. Cantrell Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-1 User: mgaug Page 1 of 1
Date Rcvd: Jul 17, 2024 Form ID: pdf804 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Nicole C. Cantrell, 5786 Broad Blvd., North Ridgeville, OH 44039-2212 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2024 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David O. Simon, Trustee | david@simonlpa.com dosimon@ecf.axosfs.com |
| Steven Emery | on behalf of Debtor Nicole C. Cantrell semery@ohiolegalclinic.com rausermail@ohiolegalclinic.com;nkrenisky@ohiolegalclinic.com;rauserlaw@gmail.com;rauser@bestclientinc.com;rauserandassociates@gmail.com;rauserecfmail@gmail.com;AuteroBR51159@notify.bestcase.com;Rauser_BestClient@mai |

TOTAL: 2

**IT IS SO ORDERED.**

**Dated: 16 July, 2024 11:51 AM**

Jessica E. Price Smith

**CHIEF JUDGE JESSICA E. PRICE SMITH**
**UNITED STATES BANKRUPTCY COURT**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In re:

| | | |
|---|---|---|
| Nicole C. Cantrell | ) | Case No. 24-11198 |
| | ) | |
| | ) | Chapter 7 |
| Debtor | ) | |
| | ) | Judge Jessica Price Smith |

**ORDER GRANTING MOTION OF DEBTOR FOR ENLARGEMENT OF TIME TO FILE REAFFIRMATION AGREEMENT WITH HUNTINGTON NATIONAL BANK**

This matter is before the court upon Debtor's Motion for an enlargement of time in which to file a Reaffirmation Agreement with Huntington National Bank. Herein, Movant has demonstrated that good cause exists for granting the Motion. For these reasons, it is appropriate to grant the relief requested.

IT IS THEREFORE, ORDERED that the motion is granted. The debtor is granted an enlargement of time in which to file the Reaffirmation Agreement until July 23, 2024.

###

Respectfully Submitted,
/s/Steven Emery

Steven Emery (0074676)
Rauser & Associates
Attorney for Debtor
1468 W. 9th St. #300
Cleveland, OH 44113
216-263-6200 Phone
216-263-6202 Fax
semery@ohiolegalclinic.com

**CERTIFICATE OF SERVICE**

**Debtor:**
Nicole C. Cantrell
5786 Broad Blvd.
North Ridgeville, OH 44039-2212

**Trustee:**
David Simon at david@simonlpa.com