United States Bankruptcy Court
Northern District of Ohio

In re:
Nicole C. Cantrell
Debtor

Case No. 24-11198-jps
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0647-1 User: admin 
Date Rcvd: Jul 24, 2024 Form ID: 318 Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Nicole C. Cantrell, 5786 Broad Blvd., North Ridgeville, OH 44039-2212 |
| 27785322 | + | Connor Cantrell, 5786 Broad Blvd., North Ridgeville, OH 44039-2212 |
| 27785319 | | P.O. Box 15153, Wilmington, DE 19886-5153 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: QDOSIMON.COM | Jul 25 2024 00:37:00 | David O. Simon, Trustee, 3659 Green Road, Suite 106, Cleveland, OH 44122-5715 |
| ust | + | Email/Text: ustpregion09.cl.ecf@usdoj.gov | Jul 24 2024 20:50:00 | Cynthia J. Thayer, US Department of Justice, 201 Superior Avenue, Suite 441, Cleveland, OH 44114-1234 |
| cr | ^ | MEBN | Jul 24 2024 20:41:39 | Hyundai Capital America DBA Kia Finance America, PO Box 20825, Fountain Valley, CA 92728-0825 |
| cr | + | Email/Text: bankruptcy@huntington.com | Jul 24 2024 20:51:00 | The Huntington National Bank, PO Box 89424, OPC856, Cleveland, OH 44101-6424 |
| 27785320 | + | EDI: CITICORP | Jul 25 2024 00:37:00 | Citibank NA, 701 E. 60th St. N., Sioux Falls, SD 57104-0432 |
| 27785321 | + | EDI: CITICORP | Jul 25 2024 00:37:00 | Citicards/Costco, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 27785323 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 24 2024 20:51:00 | Dept of Ed/Nelnet, 3015 Parker Rd., Suite 400, Aurora, CO 80014-2904 |
| 27785324 | + | EDI: DISCOVER | Jul 25 2024 00:37:00 | Discover, Bankruptcy Dept, P.O. Box 30421, Salt Lake City, UT 84130-0421 |
| 27785325 | + | Email/Text: bankruptcy@huntington.com | Jul 24 2024 20:51:00 | Huntington National Bank, P.O. Box 89424, Cleveland, OH 44101-6424 |
| 27785327 | ^ | MEBN | Jul 24 2024 20:42:13 | Kia Finance America, P.O. Box 650805, Dallas, TX 75265-0805 |
| 27785328 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 24 2024 20:50:00 | Kohl's Payment Center, P.O. Box 1456, Charlotte, NC 28201-1456 |
| 27785329 | | EDI: SYNC | Jul 25 2024 00:37:00 | Old Navy, P.O. Box 103090, Roswell, GA 30076 |
| 27785330 | + | EDI: WTRRNBANK.COM | Jul 25 2024 00:37:00 | Target, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 27785331 | | EDI: CITICORP | Jul 25 2024 00:37:00 | The Home Depot Credit Services, P.O. Box 9001010, Louisville, KY 40290-1010 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 27785326 | *+ | Huntington National Bank, P.O. Box 89424, Cleveland, OH 44101-6424 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2024 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David O. Simon, Trustee | david@simonlpa.com dosimon@ecf.axosfs.com |
| Steven Emery | on behalf of Debtor Nicole C. Cantrell semery@ohiolegalclinic.com rausermail@ohiolegalclinic.com;nkrenisky@ohiolegalclinic.com;rauserlaw@gmail.com;rauser@bestclientinc.com;rauserandassociates@gmail.com;rauserecfmail@gmail.com;AuteroBR51159@notify.bestcase.com;Rauser_BestClient@mai |

TOTAL: 2

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Nicole C. Cantrell<br>First Name Middle Name Last Name | Social Security number or ITIN xxx–xx–1097<br>EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN _ _ _ _<br>EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Ohio | |
| Case number: | 24–11198–jps | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Nicole C. Cantrell

7/24/24

**By the court:** JESSICA E. PRICE SMITH
United States Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**