Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 24−11198−jps**

**In re:**
Nicole C. Cantrell
5786 Broad Blvd.
North Ridgeville, OH 44039−2212

**Social Security No.:**
xxx−xx−1097

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ David O. Simon, Trustee is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** July 30, 2024
Form ohnb136a

**BY THE COURT**
/s/ Jessica E. Price Smith
United States Bankruptcy Judge